**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ] | Chapter 7 Case |
| DAVID A. LAUNIUS, | ] | Case No. 15-01088 |
| Debtor. | ] | Hon. JANET S. BAER |

**NOTICE OF MOTION**

TO:  ALL ECF REGISTRANTS; and by
     **BY FIRST CLASS MAIL TO:**
     David Launius, 5742 North Kingsdale Ave, Chicago IL 60646

   PLEASE TAKE NOTICE that on **JUNE 9, 2015**, at the hour of **10:00 AM**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, in Room 615 of the Dirksen Federal Building, 219 S Dearborn Street, Chicago IL, or, in her absence, before any other judge who may be sitting in her stead, and shall then and there present the **MOTION TO DISMISS BANKRUPTCY CASE**, at which time and place you may appear if you so desire.  A copy of which is hereby served upon you.

                    Respectfully submitted,
                    DEBORAH K. EBNER, As Trustee

                    By:      /s/Deborah K. Ebner

Deborah K. Ebner (#6181615)
11 East Adams Street
Suite 904
Chicago, IL  60603
(312) 922-3838

**CERTIFICATE OF SERVICE**

   I, DEBORAH K. EBNER, an attorney, certify that this Notice and the documents to which it refers were filed with the US Bankruptcy Court on May 14, 2015, and accordingly designated for electronic service by the Clerk of the United States Bankruptcy Court to all registrants entitled to notice and by first class mail to the Debtor at the above listed address.

                         /s/Deborah K. Ebner
                    Deborah K. Ebner, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ] | Chapter 7 Case |
| DAVID A. LAUNIUS, | ] | Case No. 15-01088 |
| Debtor. | ] | Hon. JANET S. BAER |

### MOTION OF TRUSTEE TO DISMISS BANKRUPTCY CASE

Now comes DEBORAH K. EBNER and respectfully represents unto this Honorable Court as follows:

1) That she is duly appointed, qualified and acting Interim Trustee in Bankruptcy in the above-captioned case.

2) That the Trustee further states that the Debtor failed to timely file schedules, a Statement of Financial Affairs and other documents as required, and therefore failed to fulfill his obligations as a Debtor under the provisions of the U.S. Bankruptcy Code, As a result of the foregoing, Trustee is unable to administer this case.

**WHEREFORE,** the Trustee herein prays for the entry of an Order dismissing this case for want of prosecution, vacating any discharge heretofore entered, and for such other relief that this Court deems just and proper.

                                                                                                                       /s/Deborah K. Ebner
                                                                                                         DEBORAH K. EBNER, Trustee

Deborah K. Ebner (#6181615)
11 East Adams Street
Suite 904
Chicago, Il  60603
(312) 922-3838